*Daniel J. Krisch* and *Michael S. Taylor*, special public defenders, in opposition.

Decided September 27, 2002

STATE OF CONNECTICUT *v.* JOSHUA D. LAMBERT

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 583 (AC 20106), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

Decided October 3, 2002

STATE OF CONNECTICUT *v.* OSWALDO ORTIZ, JR.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 71 Conn. App. 865 (AC 21636), is denied.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in support of the petition.

*Joaquina Borges King*, special public defender, in opposition.

Decided October 3, 2002

MICHAEL DAUBERT *v.* BOROUGH OF
NAUGATUCK ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 71 Conn. App. 600 (AC 21701), is granted, limited to the following issues: